NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LERON C. HAGINS, JR.,                       )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D18-3399
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____    )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Leron C. Hagins, Jr., pro se.

PER CURIAM.


            Affirmed.


LaROSE, C.J., and VILLANTI and SMITH, JJ., Concur.